UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GARY FISHER,<br>    Plaintiff,<br><br>v.<br><br>DIRECTOR OF OPS OF CDCR, and<br>WARDEN OF CSP - SACRAMENTO,<br><br>    Defendants. | Case No.  14-cv-01477-WHO (PR)<br><br>**ORDER OF TRANSFER** |
|---|---|

This federal civil rights action is TRANSFERRED to the Eastern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district.  *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).  The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  April 29, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Gary Fisher F85263
Pelican Bay State Prison B-2-105
P.O. Box 7000
Crescent City, CA 95532


Dated: April 29, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk