UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>    Defendant. | No. 2:14-cv-1085-EFB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.[1] On April 29, 2014, a district judge in the Northern District of California transferred this case to this court. ECF No. 5. On March 31, 2014, however, the Clerk of the Northern District court had ordered plaintiff to submit a proper application for leave to proceed in forma pauperis, including a certified copy of his prisoner trust account statement. ECF No. 4. The Clerk's notice warned plaintiff that if he did not respond with the required documentation within 28 days, the action would be dismissed. *Id.*

/////

/////

/////

---

[1] Plaintiff has not consented to the jurisdiction of a magistrate judge. Accordingly, the clerk will be directed to randomly assign this case to a district judge.

1

1   The time for acting has passed and plaintiff has not paid the filing fee, filed the required
2 trust account statement, or otherwise responded to the court's order, in either this court or in the
3 Northern District Court of California.[2]
4   Accordingly, it hereby is ORDERED that the Clerk of the Court randomly assign a United
5 States District Judge to this action.
6   Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.
7   These findings and recommendations are submitted to the United States District Judge
8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
9 after being served with these findings and recommendations, any party may file written
10 objections with the court and serve a copy on all parties.  Such a document should be captioned
11 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
12 objections shall be served and filed within fourteen days after service of the objections.  The
13 parties are advised that failure to file objections within the specified time may waive the right to
14 appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
15 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

16 DATED:  May 12, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[2] A court may take judicial notice of court records.  *See MGIC Indem. Co. v. Weisman*, 803 F.2d 500, 505 (9th Cir. 1986); *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980).