UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FISHER,<br><br>        Plaintiff,<br><br>   v.<br><br>DIRECTOR OF OPS OF CDCR,<br><br>        Defendant. | No. 2:14-cv-1085-MCE-EFB P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On May 13, 2014, the court recommended that this action be dismissed because plaintiff failed to submit a proper application for leave to proceed in forma pauperis.  ECF No. 7.  The same day, plaintiff's application for leave to proceed in forma pauperis was filed on the court's electronic docket.  ECF No. 9.

    Accordingly, the May 13, 2014 findings and recommendations are vacated.  In due course, the court will review plaintiff's in forma pauperis application and, if appropriate, screen the complaint pursuant to 28 U.S.C. § 1915A.

DATED: May 20, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE